Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HUMBERTO REYES-RODRIGUEZ, et. al.,<br><br>　　　　　Defendants. | NO. CR09-160JLR<br><br>MOTION FOR RULE 15 DEPOSITION OF MATERIAL WITNESS<br><br>NOTE ON CALENDAR:<br>August 21, 2009 |

**A.   Introduction**

The United States of America, by Jeffrey C. Sullivan, United States Attorney for the Western District of Washington, and Sarah Y. Vogel, Assistant United States Attorney, moves for authorization to take and use a deposition preserving for trial the testimony of material witness Marcos Neumann-Garcia, pursuant to Fed. R. Crim. P. 15.

The United States has requested the position of all parties on this motion in advance, and none have indicated they oppose this procedure.

**B.   Basis for Motion**

Marcos Neumann-Garcia was arrested on November 24, 2008, and charged with committing fraud in connection with obtaining and using immigration visas. *See United States v. Neumann-Garcia*, CR08-403RSM.  He was detained pending trial. *Id.*, Dkt. 6. Neumann-Garcia eventually entered guilty pleas to two counts of visa fraud, and was

Motion for Deposition - 1
*United States v. Reyes-Rodriguez, et. al.*; CR09-160JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

sentenced by Judge Martinez on June 26, 2009, to a term of 12 months + 1 day of incarceration, to be followed by three years of supervised release. *Id.*, Dkt. 27.

Neumann-Garcia presently is in custody at FDC-SeaTac, but may soon be transferred to another facility. His expected release date is in October of 2009. He was represented by Federal Public Defender Carol Koller throughout his case.

Neumann-Garcia is a citizen of Mexico without legal residency status in the United States. As such, he is subject to deportation upon completion of his criminal sentence. It is expected that when he completes his current term, he will be transferred from Bureau of Prisons custody to Immigration and Customs Enforcement custody, and that deportation and removal proceedings will commence by mid-October. He could be deported within a few weeks thereafter.

Neumann-Garcia also is a material witness in the above-captioned case, and the United States intends to present his testimony at trial. He was a licensed real estate professional who conducted, and attempted to conduct, several real estate and loan transactions in concert with indicted defendants Humberto Reyes-Rodriguez, Alexis Ikilikyan, William Poff, and other charged and uncharged conspirators in the alleged wire and bank fraud conspiracy charged in *United States v. Reyes-Rodriguez, et. al.*, CR09-160JLR. Neumann-Garcia is referenced in the Indictment in CR09-160JLR under the initials "M.N.," and was the named purchaser of at least one of the primary properties at the center of the conspiracy. Dkt. 1, ¶He also was a correspondent in several email communications with the charged defendants that may be introduced as evidence at trial.

Counsel for Neumann-Garcia, Carol Koller, has requested that his testimony be preserved by deposition, so that he can be transferred out of Bureau of Prisons custody as soon as his criminal sentence is complete, and thus begin the deportation and removal process. If his testimony is not preserved through deposition prior to his release from BoP custody, the United States will seek his detention pursuant to 18 U.S.C. § 3144 as a "material witness." Trial of this matter now is scheduled for January 11, 2010. Detention

Motion for Deposition - 2
*United States v. Reyes-Rodriguez, et. al.*; CR09-160JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  of Neumann-Garcia until that date effectively would add at least four months to his
2  criminal sentence.
3      In the event that Mr. Neumann-Garcia's deportation proceedings do not result in
4  his removal from the United States by the date of trial, then he will still be called to testify
5  in person.
6  **C.**    **Discussion**
7      Fed. R. Crim. P. 15 sets forth the procedures by which a deposition may be taken
8  in criminal cases, and it contemplates that a deposition is appropriate in exceptional
9  circumstances:

> **In General.** A party may move that a prospective witness be deposed in order to preserve testimony for trial. The court may grant the motion because of exceptional circumstances and in the interest of justice. If the court orders the deposition to be taken, it may also require the deponent to produce at the deposition any designated material that is not privileged, including any book, paper, document, record, recording, or data.

15  Fed. R. Crim. P. 15(a)(1). In addition, a person detained as a "material witness" may
16  himself request to be deposed and then released. Fed. R. Crim. P. 15(a)(2). The rule also
17  provides that "[t]he parties may by agreement take and use a deposition with the court's
18  consent." Fed. R. Crim. P. 15(h).
19      The procedures for the deposition are designed to allow the deposition testimony
20  to be used as substantive evidence during trial if the witness is unavailable for live
21  testimony. *See* Fed. R. Crim. P. 15(e).
22      The decision to grant or deny a motion to depose a prospective witness is within
23  the sound discretion of the trial court, and is reviewed only for abuse of discretion.
24  *United States v. Drogoul*, 1 F.3d 1546, 1552 (11th Cir. 1993). Among other things, "the
25  principal considerations" are whether the witness's testimony is material to the criminal
26  proceedings, and whether the absence of that testimony would produce an injustice. *Id.*

Motion for Deposition - 3
*United States v. Reyes-Rodriguez, et. al.*; CR09-160JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

**D.     Position of Defendants**

The United States has circulated two letters to all defense counsel and to Defendant Poff, specifically suggesting the preservation of Neumann-Garcia's testimony via deposition and requesting any objections to this proposed procedure, and suggesting prospective deposition dates. As of today's date, only counsel for Defendant Reyes-Rodriguez has responded, and he concurred both in the taking and use of the deposition and the date of September 30, 2009. No other counsel or defendant has responded with their position. FPD Koller also has consented to hold the deposition of her client on September 30, 2009.

Hence, the United States requests that the Court Order the taking of Marcos Neumann-Garcia's deposition and the use of that deposition record (video and/or transcript) in lieu of his live testimony at the trial of this matter, and set the deposition date for September 30, 2009, or on another date if agreed by all parties. Once the Court has ordered the deposition date, the United States will file a request with the Bureau of Prisons to halt Neumann-Garcia's transfer to another facility, pending completion of the deposition.

DATED this day of 12th day of August, 2009.

Respectfully submitted,

JEFFREY C. SULLIVAN
United States Attorney

*s/ Sarah Y. Vogel*
SARAH Y. VOGEL
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone: 206-553-2074
Fax: 206-553-4440
E-mail: Sarah.Vogel@usdoj.gov

Motion for Deposition - 4
*United States v. Reyes-Rodriguez, et. al.*; CR09-160JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

2  I hereby certify that on August 12, 2009 I electronically filed the foregoing with the
3  Clerk of the Court using the CM/ECF system which will send notification of such filing
4  to the attorney(s) of record for the defendant(s).  I hereby certify that I have served the
5  attorney(s) of record for the defendant(s) that are non CM/ECF participants via telefax.

*s/Karen Wolgamuth*
KAREN WOLGAMUTH
Paralegal
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-5050
FAX:   (206) 553-4440
E-mail: karen.wolgamuth@usdoj.gov

Motion for Deposition - 5
*United States v. Reyes-Rodriguez, et. al.*; CR09-160JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970