Hon. James L. Robart

FILED ___ ENTERED
LODGED ___ RECEIVED

AUG 17 2009

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                    DEPUTY

09-CR-00160-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

HUMBERTO REYES-RODRIGUEZ, et. al.,

    Defendant.

NO. CR09-160JLR

ORDER AUTHORIZING DEPOSITION OF WITNESS AND USE OF DEPOSITION

THIS MATTER comes before the Court upon [the unopposed] motion by the United States to take the deposition of witness Marcos Neumann-Garcia and use that deposition at trial in lieu of his live testimony. Now therefore,

IT IS HEREBY ORDERED that, pursuant to Fed. R. Crim. P. 15(a)(1) and (h), the parties are authorized to conduct a deposition of witness Marcos Neumann-Garcia on September 30, 2009, or on another date if agreed by all the parties.

IT IS HEREBY ORDERED that, following such deposition, the witness Neumann-Garcia may be discharged, and that the deposition video and/or transcript may be admitted at trial if necessary due to his unavailability, as permitted by the Federal Rules of Evidence.

//
//

Order Authorizing Deposition - 1
*United States v. Reyes-Rodriguez*; CR09-160JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  IT IS FURTHER ORDERED that the United States Marshal Service shall
2  transport the witness and any defendants who are in custody at that time to the United
3  States Courthouse for the deposition.
4  DATED this 17th day of August, 2009.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Sarah Y. Vogel*
SARAH Y. VOGEL
Assistant United States Attorney
United States Attorney's Office

Order Authorizing Deposition - 2
*United States v. Reyes-Rodriguez*; CR09-160JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970